**No. 10-9562. William Jay Dicaprio-Cuozzo, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

563 U.S. 952, 131 S. Ct. 2133, 179 L. Ed. 2d 921, 2011 U.S. LEXIS 2853.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 408 Fed. Appx. 765.

**No. 10-9563. Robert Edward Harper, Petitioner v. United States.**

563 U.S. 952, 131 S. Ct. 2133, 179 L. Ed. 2d 921, 2011 U.S. LEXIS 2844.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 398 Fed. Appx. 550.

**No. 10-9565. Juvenile Male, Petitioner v. United States.**

563 U.S. 952, 131 S. Ct. 2133, 179 L. Ed. 2d 921, 2011 U.S. LEXIS 2899.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 397 Fed. Appx. 869.

**No. 10-9566. Andrew Hantzis, Petitioner v. United States.**

563 U.S. 952, 131 S. Ct. 2133, 179 L. Ed. 2d 921, 2011 U.S. LEXIS 2926.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 625 F.3d 575.

**No. 10-9570. Jerome Hines, Petitioner v. United States.**

563 U.S. 952, 131 S. Ct. 2134, 179 L. Ed. 2d 921, 2011 U.S. LEXIS 2904.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 628 F.3d 101.

**No. 10-9573. Stephen Robinson, Petitioner v. United States.**

563 U.S. 952, 131 S. Ct. 2134, 179 L. Ed. 2d 921, 2011 U.S. LEXIS 2834.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 400 Fed. Appx. 738.

**No. 10-9574. Jay Richitelli, Petitioner v. United States.**

563 U.S. 952, 131 S. Ct. 2134, 179 L. Ed. 2d 921, 2011 U.S. LEXIS 2928.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 420 Fed. Appx. 861.

**No. 10-9575. Juan Rodriguez, Petitioner v. United States.**

563 U.S. 952, 131 S. Ct. 2134, 179 L. Ed. 2d 921, 2011 U.S. LEXIS 2831.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 406 Fed. Appx. 142.